IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER GARDNER III and<br>DONTE SANDS,<br><br>Defendants. | Criminal Case No. GLR-25-388 |

### ORDER

Upon consideration of the Government's Motion to Unseal the Indictment and arrest warrants in the above-captioned case, it is hereby **ORDERED** that the Indictment and arrest warrants are **UNSEALED**.

Dated: Jan 28, 2026

_____
The Honorable Douglas R. Miller
United States Magistrate Judge