IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **United States of America** : | |
| : | |
| : | |
| **v.** : | Case No. 1:25-CR-388-GLR |
| : | |
| **Walter Gardner III,** : | |
| : | |
| **Defendant** : | |

## CONSENT MOTION TO CONTINUE THE PRETRIAL MOTIONS DEADLINE

Undersigned counsel for Walter Gardner III respectfully requests the Court continue the pretrial motions deadline 16 days, to February 27, 2026. Within the next two weeks, the parties intend to consult the Court for a trial schedule and request another continuance accordingly. In support of this request, undersigned counsel states the following:

1. On December 17, 2025, the Grand Jury returned an indictment charging Mr. Gardner with conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and possession with intent to distribute controlled substances in excess of 40 g or more, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B). ECF No. 1 (Indictment).

2. On January 22, 2026, Mr. Gardner appeared before Judge Aslan for an initial appearance. ECF No. 13. At that time, the Court appointed the Office of the Federal Public Defender to represent Mr. Gardner. The Court also released Mr. Gardner on conditions. ECF Nos. 15, 16.

3. On that same date, Mr. Gardner was arraigned on the indictment. ECF No. 13. Judge Aslan imposed a pretrial motions deadline 21 days from the date of arraignment, for February 21, 2026.

4. On February 9, 2026, undersigned counsel was assigned to the case and entered her appearance. ECF No. 25. The parties have not yet held a discovery conference, and discovery has not yet been provided to Mr. Gardner.

5. Additional time is necessary for undersigned counsel to receive and review discovery, conduct legal and factual investigation, and engage in other necessary work regarding pretrial motions, in addition to drafting pretrial motions. As such, additional time is required for Counsel to effectively prepare Mr. Gardner's defense. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

6. The Government consents to this request, but requests a continuance aligned with the date speedy trial runs. Accordingly, the parties request a continuance of the pretrial motions deadline to February 27, 2026, with the understanding that the parties will confer with the Court about scheduling trial dates and corresponding deadlines in the next two weeks, and will seek another continuance.

For these reasons, Counsel for Mr. Gardner request the Court to continue the pretrial motions deadline 16 days, to February 27, 2026.

Respectfully submitted,
James Wyda
Federal Public Defender
for the District of Maryland

_____/s/_____
Christina Wong
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax:  (410) 962-3976
Email: Christina_Wong@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2026, a copy of the foregoing was served via CM/ECF to the Government.

                                                                                       _____/s/_____
                                                                                          Christina Wong

Case 1:25-cr-00388-GLR     Document 26     Filed 02/11/26     Page 3 of 3